FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2016 APR 5 PM 3 36
STEPHAN HARRIS, CLERK
CASPER

**UNITED STATES DISTRICT COURT**
**For The District of Wyoming**

OSCAR STAPLETON,

Plaintiff,

v.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY,

Defendant,

Case No. 15-CV-199-S

**ORDER FOR DISMISSAL**

Pursuant to the executed Stipulation for Dismissal, it is hereby

ORDERED, ADJUDGED AND DECREED, that the claims of Plaintiff Oscar Stapleton against Defendant Connecticut General Life Insurance Company shall be dismissed on the merits with prejudice and without costs or further notice to either party.

Dated this 5th day of April, 2016.

BY THE COURT:

Scott W. Skavdahl
U.S. Magistrate Judge